**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1256**

---

NELSON L. BRUCE,

        Plaintiff - Appellant,

    v.

NATIONWIDE CREDIT CORPORATION, a/k/a NCC,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  William B. Porter, Magistrate Judge.  (1:24-mc-00026-PTG-WBP)

---

Submitted:  May 22, 2025                                    Decided:  May 28, 2025

---

Before KING, AGEE, and WYNN, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Nelson L. Bruce, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nelson L. Bruce seeks to appeal the magistrate judge's orders denying Bruce's motion to compel discovery and his subsequent Fed. R. Civ. P. 59(e) motion. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders Bruce seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2